**Opinion issued April 25, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00239-CR

———————————

## IN RE DEVIN PAUL COLE, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Devin Paul Cole, has filed a complaint seeking to compel the respondent Harris County District Clerk to forward his pro se pre-trial habeas corpus application, seeking release on bond, to the trial court in the underlying proceeding.[1]

---

[1] The underlying case is *The State of Texas v. Devin Paul Cole*, Cause No. 1527907, 338th District Court, Harris County, Texas, the Honorable Ramona Franklin presiding.

We construe relator's complaint as a petition for a writ of mandamus, but dismiss it for want of jurisdiction.

This Court's mandamus jurisdiction is limited to: (1) issuance of writs of mandamus against a district court judge or county court judge in this Court's district, and (2) issuance of writs of mandamus necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)–(b) (West 2004). Because relator's petition is directed at the district clerk, not the trial judge, and does not indicate that issuance of a writ is necessary to enforce our appellate jurisdiction, we lack jurisdiction to issue the writ. *See id.* at § 22.221(a), (b)(1).

Accordingly, we dismiss the petition for writ of mandamus for want of jurisdiction.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).

2